

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2014

No. 04-12-00864-CV

Armando **BENAVIDES,**
Appellant

v.

Anselmo **BENAVIDES,** Antonio Benavides, and A.T. Trucking, LLP,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2014.

_____
Keith E. Hottle
Clerk of Court